

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00295-CV

**TEXAS MUTUAL INSURANCE COMPANY**,
Appellant

v.

Noel **VASQUEZ**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2013CVT000531D4
Honorable Oscar J. Hale, Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's memorandum opinion of this date, the plea to the jurisdiction is GRANTED, and the claims against Texas Mutual Insurance Company are DISMISSED. The trial court's December 18, 2013 order titled, "Amended Order on Intervenor's Motion to Compel Compensation Carrier to Provide Benefits and Petition for Bad Faith," is VACATED. It is ORDERED that Appellant Texas Mutual Insurance Company of Texas recover its costs of appeal from Appellee Noel Vasquez.

SIGNED May 13, 2015.

_____
Karen Angelini, Justice